

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00180-CV

### THE UNIVERSITY OF TEXAS RIO GRANDE VALLEY
v.
### LEILA HERNANDEZ AND WILLIAM D. MOUNT JR.

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-0430-17-A

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

February 4, 2021